UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARL HOLMES,<br><br>                Plaintiff,<br><br>       v.<br><br>TERRAFORM POWER, INC., BRIAN LAWSON, CAROLYN BURKE, CHRISTIAN S. FONG, HARRY GOLDGUT, RICHARD LEGAULT, MARK MCFARLAND, and SACHIN SHAH,<br><br>                Defendants. | Case No. 20-cv-05522-PGG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Carl Holmes ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 5, 2020

                                                      **WEISSLAW LLP**

                                                       By /s/ Richard A. Acocelli
                                                          Richard A. Acocelli
                                                          1500 Broadway, 16th Floor
                                                          New York, New York 10036
                                                          Tel: (212) 682-3025
                                                          Fax: (212) 682-3010
                                                          Email: racocelli@weisslawllp.com

                                                          *Attorneys for Plaintiff*